# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

June 23, 2025

*By the Court:*

| | |
|---|---|
| Nos. 25-1305 & 25-1341 | GRUNT STYLE LLC, an Illinois limited liability company, Plaintiff - Appellee<br><br>v.<br><br>TWD, LLC, a California limited liability company, Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:18-cv-07695<br>Northern District of Illinois, Eastern Division<br>District Judge LaShonda A. Hunt | |

The opinion of this court issued on June 12, 2025, is corrected as follows:

Page 2, third paragraph, delete the word "bench."

form name: **c7_Order_3J**    (form ID: **177**)